IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EDGAR KEATON MARTIN                                              PLAINTIFF
Reg #25563-009

v.                            No. 4:16-cv-217-DPM

DAVID R. CANNON,
Cannon Law Firm, PLC                                             DEFENDANT

## JUDGMENT

Martin's complaint is dismissed without prejudice for lack of jurisdiction.

_____
D.P. Marshall Jr.
United States District Judge

24 May 2016